**Order entered February 15, 2023**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-01098-CV

**TRACI R. JONES, ET AL., Appellants**

**V.**

**RANDY STINSON, ET AL., Appellees**

**On Appeal from the 40th District Court**
**Ellis County, Texas**
**Trial Court Cause No. 108946**

### ORDER

Appellants filed their brief before the clerk's record and reporter's record were filed. Those records have now been filed with this Court. Accordingly, we **ORDER** appellants to file, **within thirty days** of the date of this order, an amended brief with citations to the record.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE